# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00026-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SHAWN WHITE (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting Defendant has waived the period of time for filing objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, SHAWN WHITE (01), is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1 of the First Superseding Indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, on this 31st day of May, 2023.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**