UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00026-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SHAWN WHITE (01) | MAGISTRATE JUDGE DAVID J. AYO |

### RULING

Before the Court is a Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines, filed by Petitioner Shawn D. White. [ECF No. 234]. The government opposes the motion.[1]

The Court finds Petitioner is ineligible for relief, because: (1) he possessed firearms in connection with his offense;[2] and (2) he was sentenced to the statutory minimum term of imprisonment.[3] Accordingly, the motion is DENIED.

THUS DONE in Chambers on this __6Th__ day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 237.
[2] *See* U.S.S.G. § 4C1.1(a)(7); *see also* ECF No. 201 at 10, ¶ 28.
[3] *See* 21 U.S.C. § 841(b)(1)(B); U.S.S.G. § 1B1.10(b)(2)(A)